IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK ALLEN WILSON,

        Plaintiff,                  CV F 02 6209 REC WMW  P

   vs.                          <u>ORDER</u>

DEPT. OF CORRECTIONS,  et al.,

        Defendants.

        Plaintiff is a state prisoner proceeding pro se.   Pending before the court is plaintiff's objections to the findings and recommendation that this action be dismissed as duplicative.

        In his objection, plaintiff indicates that, though this action proceeds on the same allegations as CV F 01 6538 REC LJO P, that action sets forth constitutional claims.  This action consists of statutory claims.  Plaintiff seeks leave to file an amended complaint.

        Accordingly, IT IS HEREBY ORDERED that the recommendation of dismissal is vacated.  Plaintiff is directed to file an amended complaint within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   April 21, 2005**            **/s/  William M. Wunderlich**
mmkd34                    UNITED STATES MAGISTRATE JUDGE